## LAWRENCE v. NUNAN.

### No. 7693; November 16, 1883.

**Sale—Change of Possession.—In Case of Conflicting Evidence as to Change of Possession the Findings** of the trial court will not be inquired into on appeal if there was sufficient evidence to support them.

By the COURT.—The question involved in this case is, whether, upon the sale of the property from Watkins to Bagnasco, there was an actual and continued change of pos-

session, within the meaning and intent of the statute. The evidence upon that subject was conflicting, but there was sufficient to sustain the finding.

Judgment and order affirmed.